Plaintiff's Name Anthony Dwane Timmons III
Prisoner No. 2311157
Institutional Address 5555 Giant Hwy.
Richmond, CA 94806

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Anthony Dwane Timmons III
*(Enter your full name)*
v.

Contra Costa County Sheriff's office
David O. Livingston
Deputy Harper 70624
Sgt. Caruso 82338
*(Enter the full name(s) of all defendants in this action)*

Case No._____
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.
*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement **West County detention facility**

B. Is there a grievance procedure in this institution? ☒ YES ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: On 1/13/24 I've spoken with sgt Caruso on deputy Harper false report & spoke on previous harrassment from deputy Harper & Santiago which he was one responding sgt. to those previous grievances.

2. First formal level: On 1/14/24 I reported the crime deputy Harper committed Peace officer, False report p.c 118.1 & it was responded by Sgt. Ingersoll 77156 on 1/17/24.

3. Second formal level: On 1/18/24 I tried to appeal my grievance, that Sgt Ingersoll responded to so it reach the facility commander but it was responded by Sgt Lynch 77152 on 1/18/24

4. Third formal level: On 1/15/24 I tried to appeal the sanctions I recieved due to the false report & Sgt Caruso responded on 1/19/24

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES   ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.
N/A

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).
N/A

B. For each defendant, provide full name, official position and place of employment.
Harper 70624, Deputy, Contra Costa County Sheriff's office; Caruso 82338, Sgt, Contra Costa County; David O. Livingston, Sheriff, Contra Costa County Sheriff's office

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I have been getting harrassed by deputy Harper 70624 which resulted in him documenting a false report against me on 1/13/24 which further resulted in me recieving disciplinary sanctions regardless of my pleas with Sgt Caruso 82338 who told me he would look into the report of his deputy, & ended up telling me

the false report was true. I've tried numerous of time to reach the facility Commanders ranking within the appeal procedure but have been getting stopped by further sergeants when my appeals should have went past them because I reported a crime against their deputy & accused their fellow sergeant of covering up the false report when I have simply asked for further investigation. To further extend the harrassment Sgt Caruso suspended my tablet noting I was manipulating "PlutoTV" which is an app on the tablet & due to its programing can never happen.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I request $200,000 for damages: pain & suffering, emotional trama, Harrasment, & abuse of authority.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 1/31/24
Date

Anthony D. Jimmy III
Signature of Plaintiff



## CONTRA COSTA COUNTY SHERIFF'S OFFICE
### Custody Services Bureau
# INMATE GRIEVANCE FORM

1/2

**FACILITY:**   MDF ☐   WCDF ☒   MCDF ☐

**INMATE NAME:** Anthony Timmons   **BOOKING:** 2311157   **HOUSING ASSIGNMENT:** 8A4B

**TYPE OF GRIEVANCE:**  ☒ JAIL/HOUSING CONDITIONS   ☐ CLASSIFICATION STATUS   ☐ MEDICAL AND CARE   ☒ OTHER

**DATE OF INCIDENT:** 1/13/24

**DESCRIPTION OF GRIEVANCE (Be specific with employee names, dates, places, etc.):**   **Appeal (check box):** ☐

On 1/13/24 at 1644 hours Deputy Harper 70624 committed a crime. Falsifying reports P.C. 118.1 & Falsifying documents P.C. 115 by submitting Incident report number CC-IR2406411. I have written grievances in the past about his harrassment that is still continuing. I am still being victimized by the same Sheriff Deputies & Sgt because my past grievances were shut down by the same Sgt I asked to investigate incident report CC-IR2406411. The Sgt also aided Deputy Harper in the cover up by his false report because if he did investigate like I asked him to & he said he did, he would've upon his further investigation concluded I was not guilty of the Incident Deputy Harper reported & documented. Deputy Harper stated that he had previous knowledge and I had used Rivers PIN. Rivers was moved from 8B to 8A in the middle of my last suspension

**Additional Pages (check box):** ☒ 1/2   **INMATE SIGNATURE:** Anthony Timmons   **DATE:** 1/14/24

---

**\*\*TO BE COMPLETED BY CUSTODY STAFF ONLY\*\***

**GRIEVANCE/APPEAL RECEIVED BY:** Ingersoll   **DATE:** 1/17/24
(Sergeant or Above)   Print Name

**GRIEVANCE / APPEAL REVIEW:**   ☐ ACCEPTED FOR RESOLUTION   ☒ DENIED BY SUPERVISOR

**ROUTED FOR RESOLUTION:**   ☐ DEPUTY   ☐ SERGEANT   ☐ FACILITY COMMANDER   ☐ OTHER: ____

**APPEAL ROUTED TO:**   ☐ SERGEANT   ☐ FACILITY COMMANDER   ☐ OTHER ____

**RESPONSE TO GRIEVANCE/APPEAL:** I HAVE REVIEWED THE REPORT AS WELL AS REVIEWED THE TABLET USE INFORMATION. THIS WAS THOROUGHLY INVESTIGATED BY SEVERAL DEPUTIES AND THE REPORT APPEARS TO BE ACCURATE AND CORRECT.

**RESPONDING STAFF:** Ingersoll   **EMPLOYEE #:** 77154   **DATE:** 1/17/24
PRINT NAME / RANK

DET: 106 FORM 12/10/21   White—Inmate Booking Folder   Pink—Supervisor 1st Receipt to Inmate   Yellow — 2nd Receipt to Inmate



## CONTRA COSTA COUNTY SHERIFF'S OFFICE
### Custody Services Bureau
# INMATE GRIEVANCE FORM

**FACILITY:** MDF ☐   WCDF ☒   MCDF ☐

**INMATE NAME:** Anthony Timmons   **BOOKING:** 2311157   **HOUSING ASSIGNMENT:** 8A48

**TYPE OF GRIEVANCE:** ☐ JAIL/HOUSING CONDITIONS  ☐ CLASSIFICATION STATUS  ☐ MEDICAL AND CARE  ☒ OTHER

**DATE OF INCIDENT:** 1/13/24

**DESCRIPTION OF GRIEVANCE** (Be specific with employee names, dates, places, etc.):   **Appeal (check box):** ☐

Which lasted from 12/17/23 - 1/13/24 & I started receiving tablets 1/2. I informed both Harper & Caruso I have not use anyone's PIN since then. I know for a fact both lied about me using Rivers PIN & I would like for an actual investigation be done. I would like for the facility commander to look into his Deputy's report & Sgt's note on this issue & have a conversation about this on going harrassment which led Deputy Harper lying & falsifying reports because he didn't know who was using Rivers PIN. The result of his false report I am on lock down for 7 days & LOP for 3 weeks when I am innocent of using Rivers or any one else's PIN on my tablet on 1/13/24 as he stated was confirmed by classification deputy Rossler.

**Additional Pages** (check box): ☒ 2/2   **INMATE SIGNATURE:** Anthony Timmons   **DATE:** 1/14/24

---

### **TO BE COMPLETED BY CUSTODY STAFF ONLY**

**GRIEVANCE/APPEAL RECEIVED BY:** INGERSOLL   **DATE:** 1/17/24
(Sergeant or Above)   Print Name

**GRIEVANCE / APPEAL REVIEW:** ☐ ACCEPTED FOR RESOLUTION   ☒ DENIED BY SUPERVISOR

**ROUTED FOR RESOLUTION:** ☐ DEPUTY   ☐ SERGEANT   ☐ FACILITY COMMANDER   ☐ OTHER: _____

**APPEAL ROUTED TO:** ☐ SERGEANT   ☐ FACILITY COMMANDER   ☐ OTHER _____

**RESPONSE TO GRIEVANCE/APPEAL:** Answered on page 7

**RESPONDING STAFF:** INGERSOLL   **EMPLOYEE #:** 77156   **DATE:** 1/17/24
PRINT NAME / RANK

DET: 106 FORM  12/10/21     White—Inmate Booking Folder     Pink—Supervisor 1st Receipt to Inmate     Yellow — 2nd Receipt to Inmate



# CONTRA COSTA COUNTY SHERIFF'S OFFICE
## Custody Services Bureau
## INMATE GRIEVANCE FORM

1/3

**FACILITY:**   MDF ☐   WCDF ☒   MCDF ☐

**INMATE NAME:** Anthony Timmens   **BOOKING:** 2311157   **HOUSING ASSIGNMENT:** 8A48

**TYPE OF GRIEVANCE:** ☒ JAIL/HOUSING CONDITIONS   ☐ CLASSIFICATION STATUS   ☐ MEDICAL AND CARE   ☐ OTHER

**DATE OF INCIDENT:** 1/13/24

**DESCRIPTION OF GRIEVANCE** (Be specific with employee names, dates, places, etc.):   **Appeal (check box):** ☒

On 1/13/24 at 1644 hours Deputy Harper 70664 committed a crime Falsifying reports p.c. 118.1 & Falsifying documents p.c.115 by submitting Incident report number CC-IR2406411. I have written grievances in the past about his harassment that is still continuing. I am being victimized by the same sheriff's deputies & sgt. because my past grievances were shut down by the same sgt. I asked to investigate incident report CC-IR2406411. I feel Sgt. Caruso & now Sgt. Ingersoll 77156 (who replied to my grievance) are aiding Deputy Harper in the cover up of his false report because if they did investigate the tablets use information for 1/13/24 like I've asked they would've upon further investigation concluded I was not guilty of the false Incident report Deputy Harper documented. Deputy

**Additional Pages** (check box): ☒   **INMATE SIGNATURE:** Anthony Timmens   **DATE:** 1/18/24

---

**\*\*TO BE COMPLETED BY CUSTODY STAFF ONLY\*\***

**GRIEVANCE/APPEAL RECEIVED BY:** UNGH (No Pink)   **DATE:** 1/18/24
(Sergeant or Above)   Print Name

**GRIEVANCE / APPEAL REVIEW:**   ☐ ACCEPTED FOR RESOLUTION   ☒ DENIED BY SUPERVISOR

**ROUTED FOR RESOLUTION:**   ☐ DEPUTY   ☐ SERGEANT   ☐ FACILITY COMMANDER   ☐ OTHER: _____

**APPEAL ROUTED TO:**   ☐ SERGEANT   ☒ FACILITY COMMANDER   ☐ OTHER _____

**RESPONSE TO GRIEVANCE/APPEAL:** The incident was investigated and you were found to have been in violation of the rules of the tablets policy.

**RESPONDING STAFF:** UNGH   **EMPLOYEE #:** 77152   **DATE:** 1/18/24
PRINT NAME / RANK

DET: 106 FORM   12/10/21   White—Inmate Booking Folder   Pink—Supervisor 1st Receipt to Inmate   Yellow — 2nd Receipt to Inmate



2/3

# CONTRA COSTA COUNTY SHERIFF'S OFFICE
## Custody Services Bureau
### INMATE GRIEVANCE FORM

**FACILITY:**  MDF ☐    WCDF ☒    MCDF ☐

**INMATE NAME:** Anthony Timmers    **BOOKING:** 2311157    **HOUSING ASSIGNMENT:** 8A48

**TYPE OF GRIEVANCE:** ☒ JAIL/HOUSING CONDITIONS   ☐ CLASSIFICATION STATUS   ☐ MEDICAL AND CARE   ☐ OTHER

**DATE OF INCIDENT:** 1/13/24

**DESCRIPTION OF GRIEVANCE** (Be specific with employee names, dates, places, etc.):   **Appeal (check box):** ☐

Harper stated that he had previous knowledge that I had used Rivers PIN before but Rivers moved from 8B to 8A during my last tablet suspension which lasted from 12/17/23 – 1/1/24 & I started receiving tablets 1/2/24 so there could be any previous knowledge because he would've suspended my tablet for using Rivers PIN which never happened. I informed both Harper & Carrasco that I have not used anyone's PIN since then my last suspension. I know for a fact both lied, along with Ingersoll who responded to my grievance of me reporting this crime, about me using Rivers PIN 1/13/24 on my tablet. I have asked for an actual investigation but I'm still being harassed & retaliated by the supervising staff. I asked for the LT. Facility

**Additional Pages (check box):** ☒     **INMATE SIGNATURE:** Anthony Timme     **DATE:** 1/18/24

---

**\*\*TO BE COMPLETED BY CUSTODY STAFF ONLY\*\***

**GRIEVANCE/APPEAL RECEIVED BY:** _____   **DATE:** __/__/__
(Sergeant or Above)             Print Name

**GRIEVANCE / APPEAL REVIEW:**   ☐ ACCEPTED FOR RESOLUTION   ☐ DENIED BY SUPERVISOR

**ROUTED FOR RESOLUTION:**   ☐ DEPUTY   ☐ SERGEANT   ☐ FACILITY COMMANDER   ☐ OTHER: _____

**APPEAL ROUTED TO:**   ☐ SERGEANT   ☒ FACILITY COMMANDER   ☐ OTHER _____

**RESPONSE TO GRIEVANCE/APPEAL:** _____

**RESPONDING STAFF:** _____   **EMPLOYEE #:** _____   **DATE:** __/__/__
PRINT NAME / RANK

DET: 106 FORM   12/10/21       White—Inmate Booking Folder       Pink—Supervisor 1st Receipt to Inmate       Yellow — 2nd Receipt to Inmate



# CONTRA COSTA COUNTY SHERIFF'S OFFICE
## Custody Services Bureau
## INMATE GRIEVANCE FORM

**FACILITY:** MDF ☐  WCDF ☑  MCDF ☐

**INMATE NAME:** Anthony Timmons   **BOOKING:** 231157   **HOUSING ASSIGNMENT:** 8A48

**TYPE OF GRIEVANCE:** ☐ JAIL/HOUSING CONDITIONS  ☐ CLASSIFICATION STATUS  ☐ MEDICAL AND CARE  ☐ OTHER

**DATE OF INCIDENT:** 1/13/24

**DESCRIPTION OF GRIEVANCE** (Be specific with employee names, dates, places, etc.):   **Appeal (check box):** ☐

Commander to investigate his deputies report & Sergeant note on the issue & I'm still getting responded by his underlining staff. The result of this false report I am in a lockdown cell for 7 days & loss of privledge for 2 weeks. I am being deprived of an actual investigation, privledges, & time out of my cell I use to talk to my family when I am innocent of using Rivers or anyone else's PIN on my tablet on 1/13/24. Note this investigation was done by deputies. I've written grievances on his harressment & I didn't talk to at all during their shift due to there poor proffession & confrontational bearings. I have nothing against these officers but the way they are taking there authority when I'm just minding my business.

**Additional Pages (check box):** ☑   **INMATE SIGNATURE:** Anthony Timmons   **DATE:** 1/18/24

---

**\*\*TO BE COMPLETED BY CUSTODY STAFF ONLY\*\***

**GRIEVANCE/APPEAL RECEIVED BY:** _____   **DATE:** __/__/__
(Sergeant or Above)   Print Name

**GRIEVANCE / APPEAL REVIEW:** ☐ ACCEPTED FOR RESOLUTION   ☐ DENIED BY SUPERVISOR

**ROUTED FOR RESOLUTION:** ☐ DEPUTY   ☐ SERGEANT   ☐ FACILITY COMMANDER   ☐ OTHER: _____

**APPEAL ROUTED TO:** ☐ SERGEANT   ☑ FACILITY COMMANDER   ☐ OTHER _____

**RESPONSE TO GRIEVANCE/APPEAL:** _____

**RESPONDING STAFF:** _____   **EMPLOYEE #:** _____   **DATE:** __/__/__
PRINT NAME / RANK

DET: 106 FORM  12/10/21     White—Inmate Booking Folder     Pink—Supervisor 1st Receipt to Inmate     Yellow — 2nd Receipt to Inmate




# CONTRA COSTA COUNTY SHERIFF'S OFFICE
## Custody Services Bureau
# INMATE GRIEVANCE FORM

**FACILITY:** MDF ☐  WCDF ☒  MCDF ☐

**INMATE NAME:** Anthony Timmons  **BOOKING:** 2311157  **HOUSING ASSIGNMENT:** 8A48

**TYPE OF GRIEVANCE:** ☒ JAIL/HOUSING CONDITIONS  ☐ CLASSIFICATION STATUS  ☐ MEDICAL AND CARE  ☐ OTHER

**DATE OF INCIDENT:** 1/13/24

**DESCRIPTION OF GRIEVANCE** (Be specific with employee names, dates, places, etc.):  **Appeal (check box):** ☒

On 1/13/24 Deputy Harper 70624 Falsified an Incident report CC-IR############ stating I was using Rivers PIN. I have written a grievance about the issue & the crime deputy Harper committed. I am appealing this sanction I recieved because I know that if Sgt. Caruso did investigate this issue himself like I asked I would not be in this predicament. I am asking that this sanction be removed because I did not use Rivers PIN & there will be no indication that I did on 1/13/24. Deputy Harper has been continuously harrassing me & thats the reason I stopped using other peoples PIN's so I wont give him a reason to harrass me but he now falsified a report & no investigation was done when I told Sgt. Caruso who further aided the report by keeping me on

**Additional Pages (check box):** ☒  **INMATE SIGNATURE:** Anthony Timmons  **DATE:** 1/15/24

---

**\*\*TO BE COMPLETED BY CUSTODY STAFF ONLY\*\***

**GRIEVANCE/APPEAL RECEIVED BY:** NO PINK COPY  **DATE:** __/__/__
(Sergeant or Above)  Print Name

**GRIEVANCE / APPEAL REVIEW:** ☐ ACCEPTED FOR RESOLUTION  ☒ DENIED BY SUPERVISOR

**ROUTED FOR RESOLUTION:** ☐ DEPUTY  ☐ SERGEANT  ☐ FACILITY COMMANDER  ☐ OTHER: _____

**APPEAL ROUTED TO:** ☐ SERGEANT  ☐ FACILITY COMMANDER  ☐ OTHER _____

**RESPONSE TO GRIEVANCE/APPEAL:** THIS WAS ALREADY REVIEWED BY SGT. INGERSOLL, AND UPHELD. DO NOT WRITE FURTHER GRIEVANCES ON THIS ISSUE.

**RESPONDING STAFF:** SGT. CARUSO  **EMPLOYEE #:** 82338  **DATE:** 1/19/24
PRINT NAME / RANK

DET: 106 FORM  12/10/21    White—Inmate Booking Folder    Pink—Supervisor 1st Receipt to Inmate    Yellow — 2nd Receipt to Inmate



# CONTRA COSTA COUNTY SHERIFF'S OFFICE
## Custody Services Bureau
### INMATE GRIEVANCE FORM

**FACILITY:** MDF ☐   WCDF ☒   MCDF ☐

**INMATE NAME:** Anthony Timmens   **BOOKING:** 2311157   **HOUSING ASSIGNMENT:** ___

**TYPE OF GRIEVANCE:** ☒ JAIL/HOUSING CONDITIONS   ☐ CLASSIFICATION STATUS   ☐ MEDICAL AND CARE   ☐ OTHER

**DATE OF INCIDENT:** 1/13/24

**DESCRIPTION OF GRIEVANCE** (Be specific with employee names, dates, places, etc.):   **Appeal (check box):** ☒

lock down & LOP after he told me he investigated the report that I asked which I know not to be true or he did. See I was not guilty & still put me on 7 days lock down & 3 weeks LOP to cover up the lie the deputy told in the report. I have reported this & will go through all levels of chain of command so the issue about the 1/13/24 Incident report CC-IR2406411 is not over looked

**Additional Pages (check box):** ☒   **INMATE SIGNATURE:** Anthony Timmens   **DATE:** 1/13/24

---

**\*\*TO BE COMPLETED BY CUSTODY STAFF ONLY\*\***

**GRIEVANCE/APPEAL RECEIVED BY:** NO PINK COPY   **DATE:** __/__/__
(Sergeant or Above)   Print Name

**GRIEVANCE / APPEAL REVIEW:** ☐ ACCEPTED FOR RESOLUTION   ☒ DENIED BY SUPERVISOR

**ROUTED FOR RESOLUTION:** ☐ DEPUTY   ☐ SERGEANT   ☐ FACILITY COMMANDER   ☐ OTHER: ___

**APPEAL ROUTED TO:** ☐ SERGEANT   ☐ FACILITY COMMANDER   ☐ OTHER ___

**RESPONSE TO GRIEVANCE/APPEAL:** ___

**RESPONDING STAFF:** ___   **EMPLOYEE #:** ___   **DATE:** __/__/__
PRINT NAME / RANK

DET: 106 FORM   12/10/21          White—Inmate Booking Folder          Pink—Supervisor 1st Receipt to Inmate          Yellow — 2nd Receipt to Inmate



# CONTRA COSTA COUNTY SHERIFF'S OFFICE
## Custody Services Bureau
## INMATE GRIEVANCE FORM

**FACILITY:** MDF ☐   WCDF ☒   MCDF ☐

**INMATE NAME:** Anthony Timmons    **BOOKING:** 2311157    **HOUSING ASSIGNMENT:** 8A30

**TYPE OF GRIEVANCE:** ☒ JAIL/HOUSING CONDITIONS   ☐ CLASSIFICATION STATUS   ☐ MEDICAL AND CARE   ☐ OTHER

**DATE OF INCIDENT:** 1/14/24

**DESCRIPTION OF GRIEVANCE** (Be specific with employee names, dates, places, etc.):   **Appeal (check box):** ☐

On 1-13-24 I was written up by Deputy Hopper who falsified report CCR2606411 saying I was using Inmate Joey Ruiz's PIN on my tablet @ 1210hrs. Sgt Caruso was the sanctioning officer who gave me 3 week LOP & 7 days lockdown & also suspended my tablet until March for me inputting Pluto TV when I do not know how you can do when the program of the tablets are restored via computer. The Deputy says my Hulu & Vudu's list says active but my tablet is still suspended. I did not manipulate pluto TV it is impossible to do. Can we come to an understanding cause this is double punishment.

**Additional Pages (check box):** ☐    **INMATE SIGNATURE:** Anthony Timmons    **DATE:** 2/4/24

---

### **TO BE COMPLETED BY CUSTODY STAFF ONLY**

**GRIEVANCE/APPEAL RECEIVED BY:** NO - PINK    **DATE:** __/__/__
(Sergeant or Above)          Print Name

**GRIEVANCE / APPEAL REVIEW:** ☐ ACCEPTED FOR RESOLUTION   ☒ DENIED BY SUPERVISOR

**ROUTED FOR RESOLUTION:** ☐ DEPUTY   ☐ SERGEANT   ☐ FACILITY COMMANDER   ☐ OTHER: _____

**APPEAL ROUTED TO:** ☐ SERGEANT   ☐ FACILITY COMMANDER   ☐ OTHER _____

**RESPONSE TO GRIEVANCE/APPEAL:** TABLETS ARE A SEPARATE PRIVILEGE.

FOR A FRESH START, I AM GOING TO REINSTATE YOUR TABLET.

**RESPONDING STAFF:** SGT. CARUSO    **EMPLOYEE #:** 82338    **DATE:** 2/9/24
PRINT NAME / RANK

DET: 106 FORM   12/10/21    White—Inmate Booking Folder    Pink—Supervisor 1st Receipt to Inmate    Yellow — 2nd Receipt to Inmate

# PROOF OF SERVICE BY MAIL

I, Anthony Duane Timmons III, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My (residence or business) address is

5555 Grant hwy Richmond CA 94806

and I am a resident of, or employed in, Contra Costa County, California.

On the date of 4/11/24 I served the Complaint by a Prisoner under the Civil Rights act 42 U.S.C § 1983

(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at

(location) 5555 Grant Hwy, (city) Richmond,

Contra Costa County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/11/24

_Anthony Duane Timmons III_
(Signature of person mailing)

Anthony Duane Timmons III
(Name of person mailing, typed or printed)